Argued March 6, affirmed March 13, 1928.

## IN RE BUCKLEY'S ESTATE.

## DR. M. G. McCORKLE, *v.* MINNIE F. BUCKLEY, EXECUTRIX.

(264 Pac. 1119.)

Executors and Administrators, 24 **C. J.**, p. 1050, n. 4.

From Multnomah: GEORGE TAZWELL, Judge.

Department 2.

AFFIRMED.

For appellant there was a brief over the name of *Messrs. Hoy & Childers,* with an oral argument by *Mr. Harry Hoy.*

For respondent there was a brief and oral argument by *Mr. John C. Shillock.*

PER CURIAM.—This appeal is predicated on the alleged error of the lower court during term time in setting aside an order approving a final account in the estate of Charles A. Buckley, deceased.

We fail to see wherein the court abused its discretion in reopening this estate.

It follows that the decree is affirmed.

AFFIRMED.